**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
228 South Fourth St., First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
*Attorney for Defendant Bausch*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-cr-00399-KJD-PAL |
| Plaintiff, ) | |
| vs. ) | **AGREED ORDER REGARDING** |
| ) | **PRODUCTION OF DOCUMENTS** |
| MARK L. BAUSCH, aka Mark Eting, ) | **BY NONPARTY GOOGLE INC.** |
| Defendant. ) | |

This matter coming before the Court on Defendant's motion for entry of agreed order regarding Google Inc.'s ("Google") production of certain communications, the Court FINDS and ORDERS as follows:

1.      Defendant Mark L. Bausch ("Defendant") is the registered account holder and sole authorized user of the Gmail accounts markleeeting@gmail.com and methemc@gmail.com ("Google Accounts").

2.      Defendant consents to Google delivering and divulging the contents of his Google Accounts as described further below. The Court finds that this consent is sufficient pursuant to the Stored Communications Act 18 U.S.C. § 2701 *et seq.*

3.      Within three (3) days of the entry of this Order, counsel for Defendant shall email to the Google Accounts a copy of this Order.

4. Within ten (10) days of the entry of this Order, Defendant shall cause an email message to be sent from the Google Accounts to google-legal-support@google.com with this Order attached ("Consent Email"). The Consent Email shall state that the user consents to Google's disclosure of communications sent and received between the Google Accounts and the email address Jerald.burkin@ic.fbi.gov, dated between October 1, 2010 and January 4, 2016 GMT/UTC associated with the Google Accounts, which are in the Google Accounts or were recently deleted from the Google Accounts (the "Documents").

5. The Consent Email shall further state that the user consents to Google delivering the Documents to:

> Craig W. Drummond, Esq.
> The Drummond Law Firm
> 228 S. Fourth Street, First Floor
> Las Vegas, Nevada, 89101
> craig@drummondfirm.com

6. Within ten (10) days of the receipt of the Consent Email, Google shall write or otherwise record the Documents on a separate compact disc (CD) or other fixed medium and mail via overnight courier to:

> Craig W. Drummond, Esq.
> The Drummond Law Firm
> 228 S. Fourth Street, First Floor
> Las Vegas, Nevada, 89101

//

//

//

//

ORDER Regarding the
Production of Documents by
Nonparty Google, Inc.
*USA vs. Bausch*
2:14-cr-00399-KJD-PAL

7. Google's production, as outlined in paragraph 6, will complete Google's discovery obligation in this matter.

IT IS SO ORDERED this __29th__ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
DRUMMOND LAW FIRM

By _____
Craig W. Drummond, Esq.
Nevada Bar No. 11109
228 S Fourth Street, First Floor
Las Vegas, NV 89101
P: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
*Attorney for Defendant Bausch*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __27__ day of January, 2016, the undersigned served the foregoing AGREED ORDER REGARDING PRODUCTION OF DOCUMENTS BY NONPARTY GOOGLE INC on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order

_____
An Employee of DRUMMOND LAW FIRM