# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-00399-KJD-GWF |
| v. | **ORDER** |
| MARK BAUSCH, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#260) of Magistrate Judge Peggy A. Leen entered May 13, 2016 recommending that Defendant's Motion to Dismiss (#150) be denied. Defendant filed an objection (#265), to which the Government responded (#270).

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#260) of the United States Magistrate Judge, entered May 13, 2016, should be affirmed.

Accordingly, IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#260) entered May 13, 2016, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (#150) is **DENIED**.

DATED this __8th__ day of June 2016.

_____
Kent J. Dawson
United States District Judge