

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-399-KJD-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| MARK L. BAUSCH, aka MARK ETING, | |
| Defendant. | |

This Court found that Mark L. Bausch, aka Mark Eting, shall pay the in personam criminal forfeiture money judgment of $1,050,955 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1) and 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Change of Plea, ECF No. 393; Plea Agreement, ECF No. 398; Preliminary Order of Forfeiture, ECF No. 400.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $1,050,955 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Mark L. Bausch, aka Mark Eting, the in personam criminal forfeiture money judgment of $1,050,955 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

United States Code, Section 981(a)(1)(A) and 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1) and 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 12 day of Sept, 2018.

_____
UNITED STATES DISTRICT JUDGE