UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARK L. BAUSCH, )<br>)<br>Defendant. )<br>_____ ) | 2:14-cr-399-KJD-GWF |

## **O R D E R**

On October 5, 2018, the Court received a request for various transcripts from Mark D. Eibert, Court-Appointed Attorney, that included the Status Conference held on February 29, 2016, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed portions of the audio recording be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Defense counsel.

**IT IS FURTHER ORDERED** that the sealed portions of the audio recording shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Defense counsel shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 16th_ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE